# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**GREAT LAKES REINSURANCE (UK) PLC,**

    **Plaintiff,**

v.                         Case No. 8:05-cv-360-T-30MSS

**JOHN CHRISMORE, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal Without Prejudice (Dkt. #19). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2006.

                                                  JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-360.dismissal 19.wpd